

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

March 16, 2018

Hon. Joseph F. Bianco
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central, Islip, NY  11722

Re:   Ahmed v. Frontline Asset Strategies, LLC et al
      17-CV-2893

Dear Judge Bianco:

Please be advised that this office represents the defendants in the above-captioned matter. This letter is written to request a modification to the briefing schedule for defendant's motion to compel arbitration. This is a first request by the defendant and is made with the consent of plaintiff's counsel.

The defendant proposes that it's motion be filed by April 2, 2018 with opposition to be filed by May 3, 2018 and the reply to be filed by May 14, 2018. No adjournment of the oral argument date of June 4, 2018 is being requested. The undersigned has fallen behind in preparing the motion due to the inclement weather of the past couple of weeks, as well as an unusually heavy Court schedule.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
Arthur Sanders

as/mtf