

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

April 2, 2018

Hon. Joseph F. Bianco
U.S. District Court
100 Federal Plaza
Central Islip, NY  11722

RE:  AHMED v. FRONTLINE ASSET STRATEGIES, LLC, LVNV FUNDING, LLC, et al
     17-CV-02893

Dear Judge Bianco:

Please be advised that this office represents the defendants in the above-captioned matter.

This letter is written to request a modification to the briefing schedule for defendants' motion to compel arbitration.  This is a second request by the defendants and is made with the consent of plaintiff's counsel.

The defendants propose that their motion be filed by April 16, 2018, with opposition to be filed by May 17, 2018, and the reply to be filed by May 29, 2018.  No adjournment of the oral argument date is being requested.

This second request by the defendants is made due to the fact that certain documents requested from the defendants have not yet come into our office.  We do anticipate that the documents will be arriving shortly and we will then be able to proceed with the filing of the necessary mother.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By:  Arthur Sanders

as/ctw