IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

RAHEEL AHMED,                                          :
individually and on behalf of the classes defined      :
herein,                                                :
                                                       :
                        Plaintiff,                     :      1:17-cv-2893
                                                       :
                                                       :      **STIPULATION OF DISMISSAL**
          v.                                           :
                                                       :
FRONTLINE ASSET STRATEGIES, LLC; LVNV :
FUNDING, LLC; and RESURGENT CAPITAL                    :
SERVICES, L.P.                                         :
                                                       :
                        Defendant.                     :
_____x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Raheel Ahmed and Defendants

Frontline Asset Strategies, LLC; LVNV Funding, LLC; and Resurgent Capital Services, L.P. by

and through their undersigned counsel, hereby stipulate to dismiss Plaintiff's individual claims

with prejudice, with each party to bear their own costs. The claims asserted on behalf of the

putative class members are dismissed without prejudice.

Respectfully submitted,

/s/ Tiffany N. Hardy                              /s/Arthur Sanders
Tiffany N. Hardy                                  Arthur Sanders
Counsel for Plaintiff                             Counsel for Defendants

EDELMAN, COMBS, LATTURNER &                       Barron & Newburger, P.C.
GOODWIN, LLC                                      30 South Main Street
20 S. Clark St, Suite 1500                        New City, NY 10956
Chicago, Illinois 60603                           845-499-2990
(312) 739-4200
(312) 419-0379 (FAX)

Dan Shaked
Shaked Law Group, P.C.
44 Court Street, Suite 1217
Brooklyn, New York 11201

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, certify that on Monday July 2, 2018, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

s/Tiffany N. Hardy
Tiffany N. Hardy

EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)