IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

RAHEEL AHMED,
individually and on behalf of the classes defined herein,

        Plaintiff,

v.

FRONTLINE ASSET STRATEGIES, LLC; LVNV FUNDING, LLC; and RESURGENT CAPITAL SERVICES, L.P.

        Defendant.

-----------------------------------------------------------------x

1:17-cv-2893

STIPULATION OF DISMISSAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 10 2018 ★

LONG ISLAND OFFICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Raheel Ahmed and Defendants Frontline Asset Strategies, LLC; LVNV Funding, LLC; and Resurgent Capital Services, L.P. by and through their undersigned counsel, hereby stipulate to dismiss Plaintiff's individual claims with prejudice, with each party to bear their own costs. The claims asserted on behalf of the putative class members are dismissed without prejudice.

Respectfully submitted,

/s/ Tiffany N. Hardy
Tiffany N. Hardy
Counsel for Plaintiff

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

/s/ Arthur Sanders
Arthur Sanders
Counsel for Defendants

Barron & Newburger, P.C.
30 South Main Street
New City, NY 10956
845-499-2990

SO ORDERED

Joseph F. Bianco
USDJ
Date: July 10 2018
Central Islip, N.Y.

The clerk of the court shall close the case.